UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Document # __4__

----------------------------------------

Espinal

-v-

USA

----------------------------------------

U.S.C.A. # _____

U.S.D.C. # __08-cv-3259__

JUDGE: __KMW__

DATE: __April 25, 2008__

*[Stamp: U.S. DISTRICT COURT APR 2 5 2008]*

# INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME): __THOMAS R. PISARCZYK__
FIRM: __U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK__
ADDRESS: __500 PEARL STREET, ROOM 370__
__NEW YORK, NEW YORK 10007__
PHONE NO.: __(212) 805 - 0636__

DISTRICT COURT DOCKET ENTRIES ----------

DOCUMENT DESCRIPTION                                    DOC. #

__CLERK'S CERTIFICATE__

__SEE ATTACHED LIST OF NUMBERED DOCUMENTS__

__** ONLY CIRCLED DOCUMENTS ARE INCLUDED **__

__** ALL OTHERS MISSING AT THIS TIME **__

*Doc #s 1&2 already in USCA on Transfer Order*

(X) Original Record                      (___) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the __25th__ Day of __April__, 2008.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------

Espinal

-v-

USA

---------------------------------------------

U.S.C.A. # _____

U.S.D.C. # 08-cv-3259

JUDGE: KMW

DATE: April 25, 2008

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered  2  Through  3 , inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

Date Filed                              Document Description

_____      _____
_____      _____
_____      _____
_____      _____BALANCE OF FILE MISSING AT THIS TIME_____
_____      ___Balance of file already in USCA on Transfer Order.___
_____      _____
_____      _____

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 25th Day of April  In this year of our Lord, Two Thousand and Eight, and the Independence of the United States this 232ND year.

J. Michael McMahon, Clerk

By _____
        Deputy Clerk

2255, APPEAL, CLOSED, PRO-SE

**U.S. District Court**
**United States District Court for the Southern District of New York (Foley Square)**
**CIVIL DOCKET FOR CASE #: 1:08-cv-03259-KMW**
**Internal Use Only**

Espinal v. United States of America
Assigned to: Judge Kimba M. Wood
Cause: 28:2255 Motion to Vacate / Correct Illegal Sentenc

Date Filed: 04/01/2008
Date Terminated: 04/01/2008
Jury Demand: None
Nature of Suit: 510 Prisoner: Vacate Sentence
Jurisdiction: U.S. Government Defendant

| Date Filed | # | Docket Text |
|---|---|---|
| 04/01/2008 | 1 | MOTION TO CORRECT ILLEGAL SENTENCE PURSUANT TO Fed. Rules Cr. Proc. Rule 35 (a), 18 U.S.C.A. NO FURTHER ENTRIES. PLEASE SEE CRIMINAL CASE: 91-cr-310(SAS).Document filed by George Espinal.(laq) (Entered: 04/08/2008) |
| 04/01/2008 |   | Magistrate Judge Debra Freeman is so designated. (laq) (Entered: 04/08/2008) |
| 04/01/2008 | 2 | TRANSFER ORDER (U.S.C.A.),....transfers this matter to the U.S.C.A. for the Second Circuit.... Sent original file along certified copy of docket entries and transfer order. Mailed via Inter-Office Mail on 4/8/08. (Signed by Judge Kimba M. Wood on 4/1/08) (laq) (Entered: 04/08/2008) |
| 04/15/2008 | 3 | NOTICE OF APPEAL from 2 Transfer Order U.S.C.A. Document filed by George Espinal. (tp) (Entered: 04/24/2008) |
| 04/15/2008 |   | Appeal Remark as to 3 Notice of Appeal filed by George Espinal. $455.00 APPEAL FEE DUE. IFP REVOKED 4/1/08. COA DENIED 4/1/08. (tp) (Entered: 04/24/2008) |
| 04/24/2008 |   | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 3 Notice of Appeal. (tp) (Entered: 04/24/2008) |
| 04/24/2008 |   | Transmission of Notice of Appeal to the District Judge re: 3 Notice of Appeal. (tp) (Entered: 04/24/2008) |